UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>United States</u>

    v.                       06-cr-72-01-SM

<u>David Ward</u>


<u>ORDER</u>

Re: Document No. 16, Assented-to Motion to Continue Sentencing

Ruling: Granted. The motion as filed is entirely unpersuasive and ordinarily would be summarily denied, notwithstanding the government's assent  (a criminal sentencing is not generally continued simply because the defendant "is scheduled to be out of state on a family vacation during that week").  However, assuming that there must be more to it, the court asked Deputy Clerk Barrett to contact defense counsel's office to obtain some elaboration. Based on additional detail provided by counsel's office, the motion is granted, but sentencing will be promptly rescheduled to December 8, 2006.


                                            Steven J. McAuliffe
                                           Chief District Judge

Date:  November 14, 2006

cc:  Mark Sisti, Esq.
     Mark Zuckerman, AUSA
     US Probation Office
     US Marshal