Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.   Crim. No. 06-CR-72-01-SM

David Ward

On April 2, 2007 the above named was placed on Probation for a period of 3 years. He has complied with the rules and regulations of Probation and is no longer in need of Probation supervision. It is accordingly recommended that David Ward be discharged from Probation.

Respectfully submitted,

Karin M. Hess
U.S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this 13th day of March, 2009.

Honorable Steven J. McAuliffe
Chief U.S. District Judge